AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kessler, Gladys | U.S. District Court | 05/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Our Place, D.C. -- a 501(c)(3) organization |
| 2. Director | Frederick Abramson Foundation -- a 501(c)(3) organization |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. I am now collecting a reduced annuity from the Fund. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | D.C. Government - Pension | $ 108,064.68 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Prudential Insurance Company - Pension |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ADP - common stock | A | Dividend | K | T | | | | | |
| 2. Tyco - common stock | A | Dividend | K | T | | | | | |
| 3. MMM - common stock | B | Dividend | L | T | | | | | |
| 4. GE - common stock | B | Dividend | L | T | | | | | |
| 5. Black & Decker - common stock | A | Dividend | K | T | | | | | |
| 6. Wells Fargo Advantage Corporate Bond Fund - mutual fund | A | Dividend | K | T | | | | | |
| 7. Wells Fargo Advantage Short Term Bond Fund - mutual fund | B | Dividend | J | T | | | | | |
| 8. Vanguard High Yield Tax Exempt - mutual fund | E | Dividend | O | T | | | | | |
| 9. Vanguard Tax Exempt Money Market Fund | B | Dividend | L | T | | | | | |
| 10. American Century Ultra - mutual fund | A | Dividend | M | T | | | | | |
| 11. Banc of America - IRA - Nations Fund Trust - Marisco | A | Dividend | K | T | | | | | |
| 12. Wells Fargo Advantage Short Term Bond Fund - IRA | C | Dividend | L | T | | | | | |
| 13. D.C. Deferred Comp Plan | C | Interest | M | T | | | | | |
| 14. Sun Trust - Checking Account | A | Interest | K | T | | | | | |
| 15. Wells Fargo Advan Corp Bond Fund (charitable) - mutual fund | B | Dividend | K | T | | | | | |
| 16. American Century Ultra IRA - mutual fund | A | Interest | L | T | | | | | |
| 17. Wells Fargo Advantage Fund IRA - mutual fund | B | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Trust Insured Municipal Bonds - Unit Trust | A | Interest | | | Redemption | Var | J | | |
| 19. Vanguard Municipal Money Market Fund | | None | | | Closed | | | | |
| 20. Garages - Note Receivable - Eskandar Senehi | A | Interest | J | U | Mnthly Pymnt | 12 mo | J | C | |
| 21. Banc of America - Archstone Smith - common stock | D | Dividend | M | T | | | | | |
| 22. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 23. Vanguard Dividend Growth Fund | C | Dividend | M | T | | | | | |
| 24. Model Leasing Assoc II LC - A real estate partnership | B | Interest | J | W | | | | | |
| 25. Janus Twenty Fund | A | Dividend | K | T | | | | | |
| 26. Escalade - common stock | B | Dividend | M | T | | | | | |
| 27. Warehouse Leasing Assoc., L.C. | B | Interest | J | W | | | | | |
| 28. Banc of America -Metropolitan Water District So Ca Rev Board | A | Interest | | | Redemption | 07/01 | J | A | |
| 29. Banc of America - Nuveen Dividend Advantage Muni Bond Fund | B | Dividend | K | T | | | | | |
| 30. Washington Mutual - common stock | C | Dividend | L | T | | | | | |
| 31. Apache Corp - common stock | A | Dividend | M | T | | | | | |
| 32. Duke Realty - common stock | D | Dividend | K | T | | | | | |
| 33. Ford Motor - common stock | B | Dividend | | | Sell | 10/12 | K | | |
| 34. General Electric - common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Smith Midland - common stock | | None | K | T | | | | | |
| 36. Quality Systems - common stock | C | Dividend | L | T | Partial Sale | 06/14 | K | E | |
| 37. Hancock Fabrics - common stock | A | Dividend | J | T | Partial Sale | 12/27 | J | | |
| 38. ConAgra - common stock | B | Dividend | K | T | | | | | |
| 39. General Dynamics - common stock | A | Dividend | M | T | | | | | |
| 40. Banc of America - Eaton Vance Municipal Bonds | B | Interest | K | T | | | | | |
| 41. Vanguard Health Care Fund | D | Dividend | M | T | | | | | |
| 42. Banc of America - D.C. G.O. Bond | B | Interest | K | T | Part Redempt | 06/01 | J | | |
| 43. Banc of America - D.C. Revenue Bond | A | Interest | J | T | | | | | |
| 44. Shaw Group - common stock | | None | | | Sell | 01/07 | K | D | |
| 45. Vanguard IRA - Prime Money Market Fund | A | Dividend | | | Transfer out | 01/31 | J | | |
| 46. Vanguard IRA - 500 Index Fund | A | Dividend | J | T | Transfer In | 01/31 | J | | |
| 47. Allstate - common stock | B | Dividend | L | T | | | | | |
| 48. RPM International - common stock | B | Dividend | L | T | | | | | |
| 49. Banc of America - 3M Company | A | Dividend | J | T | | | | | |
| 50. Banc of America - General Electric | A | Dividend | J | T | | | | | |
| 51. Banc of America - Eaton Vance Worldwide Health | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Advantage Opportunity Fund | D | Dividend | L | T | | | | | |
| 53. Vanguard Growth & Income Fund | A | Dividend | K | T | Buy | 02/14 | K | | |
| 54. Ferris Baker Watts - Reserve Primary Fund (X) | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.  6. Reported as "Strong Corporate Bond Fund" on 2004 report

VII.  7. Reported as "Strong Short Term Bond Fund" on 2004 report

VII. 12. Reported as "Strong Short Term Bond Fund - IRA" on 2004 report

VII. 13. This is the valuation given by the DC Deferred Compensation Plan

VII. 15. Reported as "Strong Corporate Bond Fund (charitable)" on 2004 report

VII. 17. Reported as "Strong Opportunity Fund IRA - mutual fund" on 2004 report

VII. 17. Prior year report included a duplicate listing - prior year lines 19 and 21 are same account.  Removed second listing for 2005 report.

VII. 21. This receivable represents an installment sale in 2002, from which my husband receives monthly payments of interest and principal

VII. 22. This stock was reported as an individual holding on the 2004 report.  It is now held in my husband's National Financial Brokerage account.

VII. 52. This account was inadvertently omitted from prior year report - was previously Strong Opportunity Fund.

Additional notes on Part VII - lines 29, 30, 41, 43, 44, 50, 51, and 52 are all holdings in the same brokerage account.

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu ████████████████████████████        Date _May 10, 2006_

NOTE: ANY ██████████ WHO ████████ AND WILFULLY FAILS  IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544